IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN ALEXANDER STEGIENT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-CV-3523-D |
| | § | |
| ERIC D. WILSON, | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, dated November 12, 2021, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

**SO ORDERED**.

January 10, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE